Recied
Court App. D.C,
Circuit 89-8005
94-5185
2003-3075

OC

Recied Case A
USDC/ District of
Columbia 83-1131
88-1298-2004-1441
2005-1151

# United States Court of Appeals
## for the
## District of Columbia Circuit

RECEIVED
FEB 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Feb 10 (2006)

In Re Vetter Moore ) [Complaint USA/ Kidnapping]

Vetter Moore
vs.
Warden Smith, CUSA
U.S. Att. General
USDC/ Dist/ Columbia,
Warden Bezy U.S. Prison
Terre Haute Indiana
Dir. Fed. Bureau Prison
CIC
U.S Attorney. Wash. D.C.

Civ. 06-0043

Notice of Filing
A Notice of Appeal

Related Case(s)
U.S. 3rd Cir 05-4552-1833
U.S. 2drd Cir 05-3619-4941
U.S. First Cir 05-2346-2347

Hon. U.S.
Judge Kately

United States District Court for the
District of Columbia Wash. D.C.

Notice of Filing A Notice of Appeal
from the Denial/ Dismissal of 28 USC 2241
Habeas Corpus Dismissed on 11/16/2005)
Appeal is Taken to the U.S. Court Appeal
D.C. Circuit Schlanger 401 U.S. 487- 28 L.Ed.2d 251
Vetter Moore M 18760-038 U.S. Prison/ Terre Haute Indiana

Docket case at the
U.S. Court Appeals
D.C. Circuit
89-8005-94-5185
2003-3075

USDC D.C.
Related case
83-1131
88-1298
2004-1441
2005-1151

# United States Court of Appeals
## for the
## District of Columbia

JAN 28 (2006)

Veter Moore
v.
Warden Smith U.S. prison at Lewisburg PA  (USA)
USDC / Dist / of Columbia (I.R.S.)
Gonzalez U.S. Att. General (C.Z.R.)
81-818 Dist / Columbia Appeal Ct
Warden Bezy U.S.
Prison Terre Haute (Ind)  CV 06-043

**ALIAS NOTICE OF DIRECT APPEAL**

JUDGE NAME KOTELLY

U.S. District Court District of Columbia

In re Barr 930 F2d. 72-74-75
D.C. Circuit

Notice of Appeal for Emergency Mandamus relief is herewith this Jan 28 (2006) filed

Appeal is from the USDC District of Columbia, summary dismissal of 28 USCA 2241 dismissed on 11/10th Jan (2006)

Appeal is herewith taken to the U.S. Court Appeals D.C. Circuit

Please docket the / petition for transmittal

Sworn 28 USCA 1746
Jan 28 (2006) Notary Public

Veter Moore Reg No 18766-038 U.S. Prison Terre Haute Indiana

Recived one
89-8005-94-5185
2062-3075 U.S. Court
App D.C. Circuit

Recived one
88-1298
83-1131
04-1442
05-1151

USDC/DIST.
of Columbia
2001-1016

C

# United States Court of Appeals
## for the
## District of Columbia Circuit

Feb 3rd (2006)

Verter Moore
V.S.
Warden Smith U.S. prison
Lewisburg PA.
USDC/Dist of Columbia
U.S. Att. general Gonzalez
Director Fed. Bureau prison
Dist of Columbia
86-819 Dist. Col. Appeal Court

Relief from Fraud
Duress of Lateness
of Appeal

U.S. prison Terre Haute
on a Lock Down / No
Money for Legal postage

Civ 06-0043                              Judge Kotelly
U.S. District Court for The District of Columbia

I Verter Moore pro se after being sworn this Feb. 3rd (2006) swear under pains & penalties of perjury of law as prescribed under 28 USCA 1746, before

I am a prisoner/ U.S. prison Terre Haute Ind. is on a indefinit Lock Down / No inmate Movement, I recieved this Court dismissal order, denying my 2241 entered on Dec 10 (2005 Recieved by me on Jan 30th (2006.) This Court decision was entered on Dec 10 (2005

Sworn 28 USCA 1746
This Feb 3rd (2006)
Notary public

MY NEW Address

Verter Moore Reg No 18744-038
U.S. prison / Terre Haute Indiana

Related case
USDC/ Dist.
Columbia 83-1131
88-1298-04-1441
05-1151

Related cases U.S. CT,
App. D.C. Circuit
89-8005-94-5185
2003-3078

# United States Court of Appeal
## for the
## District of Columbia Circuit

Feb 8th (2006)

| IN-RE VETER MOORE | COMPLAINT USA GOVT KIDNAPPING CONFINDMENT |
|---|---|
| VETER MOORE PETITIONER VS WARDEN SMITH (8 U.S.A) U.S. ATT. GENERAL GONZALEZ USDC/ DIST/ Columbia Director Fed. Bureau Prison U.S ATTORNEY DIST/ Columbia U.S. Solicitor General | NOTICE OF APPEAL |

JUDGE KOTELLY

CIV 05-0043
U.S. District Court for The District of Columbia

In This Dismissal of 28 USC 2241 habeas Corpus/ Dismissed on 11/10th (2005) Appeal is Taken To The U.S. Court App D C Circuit

Schlanger v Seaman
28 L.Ed.2d 251

(NEW ADDRESS) VETER MOORE Reg No 18766-038 U.S prison Terre Haute Indiana

REVIEW CASE
USDC/ DIST.
Columbia 83-1131
88-1298-04-1441
05-1151

U.S. CT APPDC, CIRCUIT
REVIEW CASE 89-8005
94-5785, 2403-3675 E

# United States Court of Appeals
## for the
## District of Columbia Circuit
### Feb 3rd (2006)

VERA MOORE                    (USA)
VS
WARDEN SMITH U.S. PRISON
Lewisburg, PA        (U.S.A)
U.S. ATT. GENERAL GONZALEZ
DIRECTOR FED. BUREAU PRISON
USDC/ DIST. OF COLUMBIA
ET AL DIST/ OF/ COLUMBIA/

IN RE USA KIDNAPPING
CONFINEMENT,
MOTION FOR RELIEF
FROM DURESS OF APPEAL
NOTICE OF RELIEF
APPEAL FROM DISMISSAL
OF 28 USCA 2241 (C)(3)

2005 CIV - 0043                Judge: KOTELLY

U.S. DISTRICT COURT IN THE DISTRICT OF COLUMBIA

28 USCA 2241, DISMISSED
on DEC 10th (2005)

U.S. PRISON TERRE HAUTE INDIANA MY
NEW ADDRESS
The USDC/ DISTRICT OF COLUMBIA, J.
Mailed his DENIAL/ DISMISSAL of plaint 2241
To U.S.P. Lewisburg PA/ Caused Delay (Second)
DELAY — This prison is on a (INDEFINITE LOCK DOWN)
Further/DELAY/ by A DENIAL/ OF INDIGENT/ LEGAL

SWORN 28 USCA 1746        ( STAMPS/ I HAVE NO MONEY FOR )
Feb 3rd (2006) NOTARY      LEGAL STAMPS    Vera Moore
PUBLIC                     VERA MOORE REG NO 18760-038
                           U.S. PRISON TERRE HAUTE IND.

U.S. Ct. App. D.C. Circuit
RECVD CMS
89-6005-94-6785-2448-3578

United States Court of Appeals District Columbia Circuit

Jan 28 (2006)

| | |
|---|---|
| In re Vetel Moore | Complaint<br>USA / Kidnapping |
| Vetel Moore<br>v.<br>Warden Smith U.S. Prison / Lewisburg PA  (I.R.S.)  (U.S.A)<br>USDC / Dist of Columbia  (C.I.R.)<br>Gonzales U.S. Atty General<br>01-819 D.C. Court of Appeal<br>Warden Berry U.S. Prison<br>Terre Haute Indiana (I.R.S.) | Motion For Relief<br>From Fraud / Duress<br>of Access To Court by<br>U.S.P. Terre Haute Indiana<br>Staff |

Civ 06-0043                                   Judge ?? Kotelly
U.S. District Court for The District of Columbia

Pro Se Federal Prisoner = /s/ Vetel Moore

Vetel Moore After being Sworn this Jan 28 (2006) under Penalties of Perjury as prescribed by 28 USCA 1746 Depose

U.S.P. Terre Haute Ind. is on a (Indefinite) Lock down. I have no money for legal postage No funds at all. Staff has ignored my many Request for legal postage, & my agreement to pay by signing a Form 24

Sworn 28 USCA 1746
Jan 28 2006) Notary
Public

/s/ Vetel Moore
Vetel Moore Reg No 16760-038
U.S. Prison / Terre Haute Ind.