# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5428**                                    **September Term, 2006**

06cv00043

**Filed On:**

In re: Vetter G. Moore,
       Petitioner

**BEFORE:**   Ginsburg, Chief Judge, and Brown and Griffith, Circuit Judges

### ORDER

Upon consideration of the motion for leave to proceed in forma pauperis and the supplement thereto, and the petition for a writ of mandamus and the supplement thereto, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. it is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied. A writ of mandamus is "an extraordinary remedy, to be reserved for extraordinary situations." Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988). Mandamus does not lie unless the petitioner's right to relief is "clear and indisputable," and there is "no other adequate means" by which the petitioner may attain the relief it seeks. In re Sealed Case, 151 F.3d 1059, 1063 (D.C. Cir.1998). Petitioner has failed to demonstrate his entitlement to the extraordinary writ. See Cobell v. Norton, 334 F.3d 1128, 1137 (D.C. Cir. 2003).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**





UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
MAR 9 2007
CLERK